UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Holding a Criminal Term
Grand Jury Sworn in on May 21, 2014

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | CRIMINAL NO. _____ |
| v. : | |
| : | VIOLATIONS: |
| KEITH DONOHUE, A/K/A : | |
| ALLAH T. SHABAZZ, : | 26 U.S.C. § 7212(a) (Corrupt Endeavor to |
| : | Obstruct and Impede the Internal |
| : | Revenue Laws |
| : | 18 U.S.C. § 287 (False Claims) |
| : | |
| __Defendant.__ : | |

## INDICTMENT

The Grand Jury charges that:

## INTRODUCTION

At all times relevant to this Indictment:

1. **KEITH DONOHUE, A/K/A ALLAH T. SHABAZZ** (hereinafter "DONOHUE"), was a resident of the District of Columbia.

2. The Internal Revenue Service ("IRS"), an agency within the U.S. Department of the Treasury, was and is responsible for administering and enforcing the tax laws and regulations regarding the ascertainment, computation, assessment, and collection of income taxes owed by U.S. citizens and residents.

3. An IRS Form 1041, U.S. Income Tax Return for Estates and Trusts, is a tax return that is used to report the income, deductions, gains, losses, etc., of an estate or trust.

12521001.1

4. Between on or about April 11, 2010 and on or about April 17, 2010, **DONOHUE** applied to the IRS for an employer identification number ("EIN") for Allah Shabazz and was assigned an EIN ending in -2079.

5. Between on or about April 18, 2010 and on or about April 25, 2010, **DONOHUE** applied to the IRS for an EIN in the name of the Allah T. Shabazz Trust and was assigned an EIN ending in -9814.

6. On or about April 26, 2010, **DONOHUE** filed with the IRS a false Form 1041 in the name of the Allah T. Shabazz Trust for the 2007 tax year fraudulently claiming $900,000 in income and demanding a $300,000 refund.

7. On or about April 27, 2010, **DONOHUE** filed with the IRS a false Form 1041 in the name of the Allah T. Shabazz Trust for the 2009 tax year fraudulently claiming $900,000 in income and demanding a $300,000 refund.

8. On or about May 25, 2010, **DONOHUE** caused the IRS to issue and mail a $300,000 refund check to the Allah T. Shabazz Trust for the 2009 tax year.

9. On or about June 1, 2010, **DONOHUE** opened a Citibank account ending in -9055 in the name of Allah Shabazz ATF Allah T Shabazz Trust.

10. On or about June 1, 2010, **DONOHUE** deposited the $300,000 fraudulently-obtained refund check into the Citibank account ending in -9055.

11. On or about June 16, 2010, **DONOHUE** wrote two checks to Carmax for $20,973.88 and $21,390.93 for the purchase of a 2007 Pontiac G6 and a 2007 Honda Accord, respectively.

12. On or about June 17, 2010, **DONOHUE** caused the 2007 Pontiac G6 and 2007 Honda Accord to be titled in the name of Relative #1, a person known to the grand jury.

13.     On or about July 2, 2010, **DONOHUE** wrote a check to Carmax for $50,112.54 for the purchase of a Mercedes Benz.

14.     On or about July 2, 2010, **DONOHUE** caused the Mercedes Benz to be titled in the name of Relative #2, a person known to the grand jury.

15.     Between June 21, 2010 and October 15, 2010, **DONOHUE** wrote checks totaling $55,773.50 to Relative #2.

16.     On or about October 8, 2010, **DONOHUE** filed with the IRS a false Form 1041 in the name of the Allah T. Shabazz Trust for the 2008 tax year fraudulently claiming $900,000 in income and demanding a $300,000 refund.

## COUNT ONE
### (Corrupt Endeavor to Impair and Impede the Internal Revenue Laws)

17.     Paragraphs 1 through 16 of this Indictment are re-alleged and incorporated as if fully set forth herein.

18.     From on or about April 11, 2010 through on or about April 5, 2011, in the District of Columbia and elsewhere, the defendant,

### KEITH DONOHUE, A/K/A ALLAH T. SHABAZZ,

did corruptly obstruct and impede, and endeavor to obstruct and impede, the due administration of the internal revenue laws by various means, including but not limited to:

   a. Filing and causing to be filed with the IRS a fraudulent Form 1041 for the 2007 tax year;

   b. Filing and causing to be filed with the IRS a fraudulent Form 1041 for the 2008 tax year;

    c. Filing and causing to be filed with the IRS a fraudulent Form 1041 for the 2009 tax year:

    d. Opening and causing to be opened a Citibank account in the name of Allah Shabazz ATF Allah T Shabazz Trust;

    e. Depositing and causing to be deposited a fraudulently-obtained $300,000 refund check into the Citibank account in the name of Allah Shabazz ATF Allah T Shabazz Trust;

    f. Using nominees to title assets purchased using proceeds of a fraudulently-obtained refund check;

    g. Transferring funds to Relative #2 and otherwise disposing of a fraudulently-obtained tax refund in such a way as to exhaust said funds and, thus, thwart IRS collection.

(All in violation of 26 U.S.C. § 7212(a).)

## COUNTS TWO THROUGH FOUR
(False Claims)

19. Paragraphs 1 through 16 of this Indictment are re-alleged and incorporated as if fully set forth herein.

20. On or about the dates set forth below, within the District of Columbia and elsewhere, the defendant,

**KEITH DONOHUE, A/K/A ALLAH T. SHABAZZ,**

did make and present to a department and agency of the United States, to wit, the United States Department of the Treasury, through the Internal Revenue Service, claims upon and against the United States which he knew to be materially false and fictitious, in that the defendant caused to

4

be filed U.S. Income Tax Returns for Estates and Trusts, IRS Forms 1041, that contained claims for refunds of taxes that were false, fraudulent and fictitious in the amounts set forth below:

| Count | Tax Year | Approximate Filing Date | Refund Claimed |
|---|---|---|---|
| TWO | 2007 | April 26, 2010 | $300,000 |
| THREE | 2008 | October 7, 2010 | $300,000 |
| FOUR | 2009 | April 27, 2010 | $300,000 |

(All in violation of 18 U.S.C. § 287).

A TRUE BILL

_____
FOREPERSON

_____
DATE

_/s/ Rosemary E. Paguni_
ROSEMARY E. PAGUNI
Chief, Northern Criminal Enforcement Section
Department of Justice, Tax Division

12521001.1